LAWRENCE et al. v. WEIS. (Circuit Court of Appeals, Fifth Circuit. May 20, 1902.) No. 1,147. Appeal from the District Court of the United States

for the Eastern District of Texas. Geo. E. Mann, for appellants. J. Z. H. Scott, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the record in this case, nor in the very able oral argument and printed brief submitted by counsel for the appellants, to justify the court of bankruptcy in refusing the application of the appellee for his discharge. Therefore, finding no error in the action of the district court, its judgment herein is affirmed.